IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HOMAYOUN MOHAMMED SHAFIEE,<br>  Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT FIELD OFFICE<br>SAN ANTONIO, et al.,<br>  Respondents. | §<br>§<br>§<br>§  CIVIL ACTION NO. A-25-CV-01820-ADA<br>§<br>§<br>§<br>§<br>§ |

**O R D E R**

On this date, the Court considered the status of the above-styled and numbered cause.

**IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the above-styled action is hereby **REFERRED** to United States Magistrate Judge Mark Lane for further proceedings.

SIGNED on November 15, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE